ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 SEP -1 PM 4: 13

CLERK C. Adams
SO. DIST. OF GA.

| INSTA-CARE PHARMACY SERVICES | * |
| CORPORATIONS d/b/a PHARMERICA, | * |

Plaintiff,

v.

AZ OPERATOR, LLC d/b/a HEART
OF GEORGIA NURSING HOME,

Defendant.

CIVIL ACTION NO.
CV 315-038

## O R D E R

On August 12, 2015, Defendant in the captioned matter filed a motion to set aside the default judgment entered in the case on June 8, 2015. Defendant now moves to withdraw this motion upon its representation that the parties have settled the underlying claim. Accordingly, the motion to withdraw (doc. no. 16) is hereby **GRANTED**, and the Clerk is directed to **TERMINATE** Defendant's motion to set aside the default judgment (doc. no. 15).

**ORDER ENTERED** at Augusta, Georgia, this 1st day of Sept., August, 2015.

UNITED STATES DISTRICT JUDGE